# Exhibit A

CSC

**null / ALL**
**Transmittal Number: 32697073**
**Date Processed: 11/14/2025**

# Notice of Service of Process

**Primary Contact:** Emily Faries
Lowe's Companies, Inc.
1000 Lowes Blvd
Mooresville, NC 28117-8520

| | |
|---|---|
| **Entity:** | Lowe's Home Centers, LLC<br>Entity ID Number 2515365 |
| **Entity Served:** | Lowe's Home Centers, LLC |
| **Title of Action:** | Jason Howerton vs. Lowe's Companies, Inc. |
| **Matter Name/ID:** | Jason Howerton vs. Lowe's Companies, Inc. (18202125) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Mercer County Circuit Court, WV |
| **Case/Reference No:** | CC-28-2025-C-176 |
| **Jurisdiction Served:** | West Virginia |
| **Date Served on CSC:** | 11/13/2025 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | Lowe's Home Centers, LLC in West Virginia on 11/13/2025 |
| **How Served:** | Client Direct |
| Sender Information: | Harvey & Janutolo Law Offices<br>304-323-1777 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

**From:** Callison, Kara
**To:** Legal
**Cc:** Lawson, Will; Stephenson, Bo; To, Som
**Subject:** FW: Summons documents
**Date:** Thursday, November 13, 2025 7:12:13 AM
**Attachments:** image001.png
image002.png
Summons 1.pdf
Summons 2.pdf
image003.png
**Importance:** High

---

Legal Team,

Please see attached.

Thank you

LOWE'S CHALLENGE ACCEPTED

Kara Callison, LPC.
DARM | DIST 810
| 681-306-3655

**From:** Stephenson, Bo <Bo.R.Stephenson@store.lowes.com>
**Sent:** Thursday, November 13, 2025 6:53 AM
**To:** To, Som <som.to@lowes.com>; Callison, Kara <kara.callison@lowes.com>
**Subject:** Summons documents
**Importance:** High

Som/Kara,

These two summons were dropped off last night. There were several legal mailboxes when I typed it in the address bar. Can you help me ensure they make it to the right department? It lists me on the summons, but Wes is aware of the incident. He copied me on an email that he sent to Faith Hoffman on Monday (Nov. 10th). She was asking him about any details of the incident.

LOWE'S || **Bo Stephenson**
Store Manager | Lowe's of Princeton WV
**P: 304-431-1660**

# SUMMONS

E-FILED | 7/23/2025 10:50 AM
CC-28-2025-C-176
Mercer County Circuit Clerk
Julie Ball

IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA
**JASON HOWERTON v. LOWE'S COMPANIES, INC**

Service Type: Filer - Private Process Server

NOTICE TO: LOWES HOME CENTERS LLC, 1155 OAKEVALE ROAD, PRINCETON, WV 24740

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Henry Harvey, 261 Mercer Mall Rd Ste 104, , Bluefield, WV 24701

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/23/2025 10:50:45 AM — Date

/s/ Julie Ball — Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint t ______________________

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to ______________________, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to ______________________, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

______________________ Date

______________________ Server's Signature

E-FILED | 7/23/2025 10:50 AM
CC-28-2025-C-176
Mercer County Circuit Clerk
Julie Ball

**IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA**

**JASON HOWERTON**

**Plaintiff,**

**v.** **CIVIL ACTION NO.: ______________________________**

**LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, LLC and BO STEPHENSON,**

**Defendants.**

**COMPLAINT**

Now comes the Plaintiff, Jason Howerton, by counsel Henry L. Harvey and the law office of Harvey & Janutolo Law Offices for his complaint against Lowe's Companies, Inc., Lowe's Home Centers, LLC and Bo Stephenson and states as follows:

**IDENITY OF THE PARTIES**

1 This is a Complaint seeking compensatory and other damages for injuries Jason Howerton sustained as a result of an accident that was caused by Defendants in Mercer County, West Virginia on or about July 26, 2023.

2. Upon information and belief, Plaintiff, Jason Howerton is an adult individual residing in Mercer County, West Virginia, and has been at all time relevant to this Complaint.

3. Upon information and belief, Defendant, Lowe's Companies, Inc. is a corporation with headquarters located at 1000 Lowe's Blvd., Mooresville, NC 28117, and owns, manages/supervises/ controls/sets polices for several home improvement stores including Defendant Lowe's Home Centers, LLC located in Princeton, Mercer County, West Virginia, and has been at all times relevant to this Complaint.

4. Upon information and belief, Lowes Home Centers, LLC located at 1155 Oakevale Road, Princeton, Mercer County, West Virginia, is a retail home improvement store which stocks and sells various building material and home improvement products including lumber in Mercer County, West Virginia, and has been all times relevant to this Complaint.

5. Upon information and belief, Defendant Bo Stephenson is an adult individual residing in Mercer County, West Virginia, and is employed by Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC and has been at all times relevant to this Complaint.

**JURISDICTION**

6. Plaintiff, Jason Howerton is an adult individual residing in Mercer, County, West Virginia. Defendant Lowe's Companies, Inc. operates/owns Defendant Lowe's Home Centers, LLC, located in Mercer County, West Virginia, and does business in Mercer County, West Virginia. Defendant Bo Stephenson lives in Mercer County, West Virginia, and is/was an employee of Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC. All parties are residents of Mercer County, West Virginia, and/or engaged in doing business in Mercer County, West Virginia. The Circuit Court of Mercer County, West Virginia has jurisdiction over the parties and the subject matter complained of herein.

**FACTS COMPLAINED OF**

7. On or about July 26, 2023, Plaintiff Jason Howerton was shopping in Defendant Lowe's Home Centers, LLC.

8. At the same time and location referenced in paragraph 7 above, a huge stack of framing material (lumber) fell on Jason Howerton causing him to sustain grave and

permeant injuries to his body and mind, including but not necessarily limited to, headaches, nausea, neck pain, back pain, shoulder pain, elbow pain, blurred vision and various other parts of his body, some of which are reasonably certain to be permanent in nature.

9. The stack of framing material(lumber) referenced in paragraph 8 above was improperly stacked, unsecured and improperly pinned which created a hazardous condition resulting in Jason Howerton sustaining the injuries referenced in paragraph 8 above.

10. The area in which the framing material (lumber) referenced in paragraph 8 above was not blocked off nor were there any signs or notices advising Jason Howerton of the existing hazardous condition.

11. Defendant Lowe's Companies, Inc. owed Plaintiff Jason Howerton a duty to provide a safe shopping area, but negligently and wantonly breached that duty by not establishing and/or establishing and not enforcing safety rules/ regulations and policies and diligently supervising managers and employees to follow those rules/regulations and policies, namely by not assuring that the framing (lumber) was stacked properly and/or not posting warning notices advising of an unsafe or hazardous condition and as a direct and proximate result of this defendant's conduct Jason Howerton suffered the injuries set forth in paragraph 8 above.

12. Defendant Lowe's Home Centers, LLC owed Jason Howerton a duty to provide a safe shopping area, but negligently and wantonly breached that duty by not establishing and/or establishing and not enforcing rules/regulations and policies and diligently

supervising managers and employees to follow those rules/regulations and polices namely by not assuring that the framing (lumber) was stacked properly and/or not posting warning notices advising of an unsafe or hazardous condition and as a direct and proximate result of this defendant's conduct Jason Howerton suffered the injuries set forth in paragraph 8 above.

13. Defendant Bo Stephenson owed a duty to provide Jason Howerton a safe shopping area, but negligently and wantonly breached that duty by not diligently enforcing and supervising employees to follow established rules/regulations and polices namely by not assuring that the framing (lumber) was stacked properly and/or not posting warning notices advising of an unsafe or hazardous condition and as a direct and proximate result of this defendant's conduct Jason Howerton suffered the injuries set forth in paragraph 8 above.

14. As a direct and proximate result of the conduct of all the defendants named herein, Jason Howerton has suffered financial loss, lost wages, annoyance, inconvenience, physical pain, mental and emotional loss and emotional anguish and a diminishment in his ability to fully function and enjoy life.

15. As a direct and proximate result of the conduct of all the defendants named herein, Jason Howerton's injuries are reasonably certain to be permanent in nature and he will consequently incur future financial loss, pain, mental and emotional anguish, and a diminishment in his ability to function and enjoy life.

**WHEREFORE,** Plaintiff Jason Howerton demands judgment over and against defendants Lowe's Companies, Inc., Lowe's Home Centers, LLC and Bo Stephenson for compensatory, and general damages in an amount within the jurisdiction of this Court to

be determined by the jury, for full pre-judgment and post-judgment interest and attorney's fees, cost and expenses incurred in pursuit of the relief requested in this action and other specific or general relief as may become apparent as this matter progresses and such other relief as this Court deems proper.

**A TRIAL BY JURY IS DEMANDED ON ALL ISSUES.**

JASON HOWERTON
BY COUNSEL:

/s/ Henry L. Harvey
Henry L. Harvey (WVSB # 5182)
261 Mercer Mall Road, Suite 104
Bluefield, WV 24740
Phone: 304-323-1777
Fax: 304-323-1787
Email: tharvey@harveyandjanutolo.com